# IN THE SUPREME COURT OF THE STATE OF NEVADA

KIMBERLY T. ASKEW,
                     Appellant,
vs.
CLARK COUNTY ANIMAL CONTROL;
AND THE ANIMAL FOUNDATION,
                     Respondents.

No. 72341

FILED

OCT 24 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____S. Young_____
        DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order granting summary judgment, denying a preliminary injunction, and transferring ownership of appellant's 18 dogs. Eighth Judicial District Court, Clark County; Rob Bare, Judge.

Respondent has filed a motion to dismiss on the ground that during the litigation, the parties stipulated to the adoption and transfer of the dogs to The Animal Foundation, and therefore this court cannot grant the relief appellant seeks by this appeal. We agree. *See Personhood Nev. v. Bristol*, 126 Nev. 599, 602, 245 P.3d 572, 574 (2010) ("[A] controversy must be present through all stages of the proceeding, and even though a case may present a live controversy at its beginning, subsequent events may render the case moot.") (citations omitted)). Appellant has not opposed the motion. Accordingly we grant the motion and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

cc:    Hon. Rob Bare, District Judge
       Kimberly T. Askew
       Clark County District Attorney
       Clark County District Attorney/Civil Division
       Eighth District Court Clerk